STATE, Appellant, v. SCHAMBER et al., Respondents.

(165 N. W. 248.)

(File No. 4093.   Opinion filed December 4, 1917.)

Appeal from Circuit Court, Beadle County. Hon. ALVA E. TAYLOR, Judge.

Action by the State, against John Schamber and others. From an order sustaining a demurrer to the complaint, the state appeals. Reversed.

Sec. State v. Schamber et al., 39 S. D. 492.

*Clarence C. Caldwell*, Attorney General, and *Byron S. Payne*, Assistant Attorney General (*Edward E. Wagner* of counsel), for the State.

*Buell & Denu, Gardner & Churchill, Spangler & Haney*, and *Wicks & Quinn*, for Respondents.

WHITING, J.   The question presented upon this appeal is the same as that presented in State v. Schamber, Dubs, et. al., 165 N. W. 241, this being an appeal from an order sustaining a demurrer to a complaint wherein the state claims the right to recover interest received by the defendant Schmaber upon funds of the state deposited by said Schamber in various banks during his term of office as state treasurer, which term succeeded the one referred to in the complaint in State v. Schamber, Dubs, et al. For all the reasons set forth in our decision in State v. Schamber, Dubs, et al., the order appealed from herein is reversed.

POLLEY, J., dissents.